CINCINNATI BAR ASSOCIATION *v.* HARMON.

[Cite as Cincinnati Bar Assn. *v.* Harmon (1985), 17 Ohio St. 3d 69.]

(D.D. No. 84-39—Decided May 8, 1985.)

*Gordon C. Greene, Hollis A. Moore III* and *Edwin W. Patterson III,* for relator.

*Per Curiam.* This court concurs in the findings and recommendations of the board of commissioners. The unrebutted disciplinary violations herein, involving two separate instances of attorney malpractice, appear to be part of a continuing and deliberate pattern of irresponsibility by the respondent. As we noted in the first action, "[a]n attorney's failure to render the legal services for which he was paid, or to return any fee advanced by a client, is 'tantamount to theft * * *.' " *Cincinnati Bar Assn.* v. *Harmon, supra,* at 16. As we further noted in *Cincinnati Bar Assn., supra,* and affirm today, respondent's lack of professional ethics will not be condoned, particularly in view of the disturbing and wide-ranging pattern of malpractice.

It is therefore our judgment that respondent be hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.